

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEFF H. WILLIAMSON, | 3:07-CV-592-BES-VPC |
| Plaintiff, | **ORDER** |
| v. | |
| COUNTY OF WASHOE, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of the United States Magistrate Judge (#11) ("Recommendation") entered on January 2, 2008, in which the Magistrate Judge recommends that this Court enter an order granting Plaintiff's motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee. Plaintiff was granted leave to amend his complaint within forty-five (45) days from January 2, 2008. Plaintiff's motion for U.S. Marshals to serve complaint, motion for court order for Sheriff Daly to provide legal needs to pursue his claims and motion to report crimes to the court were denied. It was further ordered that Plaintiff's motion for court to exercise supplemental jurisdiction over Plaintiff's state claims and motion to provide name of "John Doe" defendant/city attorney/prosecutor and notice and corrections for complaint were granted. Plaintiff filed his Objection to the Report and Recommendations (#17) on January 15, 2008.

The Court has conducted a *de novo* review of the record in this case, considering fully all relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

///

After a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing,

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#11) entered January 2, 2008, is adopted and accepted without modification.

IT IS SO ORDERED.

DATED: This 13TH day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE