# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEFF H. WILLIAMSON, | ) | 3:07-CV-0592-BES (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 26, 2008 |
| | ) | |
| COUNTY OF WASHOE, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      LISA MANN                  REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to provide defendant's address (#13) is **DENIED**.  Plaintiff does not have a viable complaint on file at this time.

Plaintiff's motion to add supplemental pleading, emergency hearing and for immediate disbarment proceedings (#14) is **DENIED**.  Plaintiff's second motion for supplemental complaint (#15) is **DENIED**.

Plaintiff's motions for recusal of magistrate judge (#16 & #18) are **DENIED**.  Plaintiff points to proceedings in another actions brought by him in this court -- 3:07-CV-0592-BES (VPC) & 3:07-CV-0371-BES (VPC) -- as the basis for the request for recusal.  Recusal is governed by 28 U.S.C. §§ 144 and 455.  Under section 144, a party seeking recusal must set forth, in an affidavit, facts and reasons for the belief that bias or prejudice exists.  *See* 28 U.S.C. § 144.  The standard for recusal under sections 144 and 455 is "whether a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned." *United States v. Studley*, 783 F.2d 934, 939 (9th Cir. 1986).  The alleged prejudice must result from an extrajudicial source; a judge's prior adverse ruling is not sufficient cause for recusal.  *Id*.  The challenged judge should rule on the legal sufficiency of the recusal motion in the first instance  *Id*. at 940. Plaintiff's motions for recusal of magistrate judge is without merit.  Plaintiff has shown no reason for this judge's impartiality in this case to be questioned.

Plaintiff's request for review of magistrate judge decision (#17) is **DENIED as moot**. The District Judge adopted and accepted without modification (#19) the magistrate judge's report and recommendation (#10) and order (#11).

Plaintiff's motion to extend time to file amended complaint (#20) is **GRANTED**. Plaintiff shall have to and including **March 17, 2008** to file an amended complaint which cures the defects outlined in the court's order (#11). If plaintiff fails to do so this action may be dismissed. **No further extensions of time shall be granted.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
                    Deputy Clerk