AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

JEFF H. WILLIAMSON,

      Plaintiff,             JUDGMENT IN A CIVIL CASE
  V.

                                        CASE NUMBER: **3:07-cv-00592-BES-VPC**

COUNTY OF WASHOE, et al.,

      Defendants.

___      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**      **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is DISMISSED without prejudice.


  April 16, 2008                                      **LANCE S. WILSON**
                                                                    Clerk


                                                  /s/ Kalani Lizares
                                                      Deputy Clerk